IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GUISSEPPI OSORIO,<br><br>Defendant. | ORDER STAYING ORDER OF RELEASE<br><br>Crim. No. 8:20-CR-321 (DNH) |

**ORDER STAYING ORDER OF RELEASE**

This matter is before the Court on the Government's Motion for Stay of Order of Release. The Court has considered the facts set forth in the Government's Motion for Stay of Order of Release, and finds that the stay is warranted pending this Court's consideration of and ruling on the Government's forthcoming request for a Review of Release Order pursuant to 18 U.S.C. § 3145. Accordingly, the Magistrate Judge's Order releasing the Defendant is stayed, and the Defendant shall not be released until further order of this Court.

Dated: March 19, 2021

David N. Hurd
U.S. District Judge

U.S.D.C. for the Northern District of New York

I, the undersigned Clerk of the Court, do hereby certify that this is a true correct and full copy of the original document on file in my custody.

Total Pages(s) __1__
Dated __3/19/2021__   John M. Domurad, Clerk
By __PTM__ ,Deputy Clerk